# THE LAW OFFICE OF GERARD M. MARRONE

*66-85 73rd Place, Second Floor*          718.261.1711
*Middle Village, New York 11379*          347.813.4985-F

August 9, 2017

The Honorable Liyo A. Matsumoto
United States Federal Court Judge
Eastern District Court
225 Cadman Plaza East
Brooklyn, New York

Re: United States v. Anthony Noterile et al.,
   Docket No.: 15-M-585

Dear Judge Matsumoto:

    Kindly be advised that counsel would like to request a cancellation of the bail hearing and submission set for tomorrow in front of your Honor. The government and defense counsel have been in constant contact and we are close to a compromise for Mr. Noterile's bail. However, we need a little bit more time to come to an agreement.

    In the event the negotiations fall through, the undersigned will contact chambers and will request a new hearing date. However, at this time please take this matter off the court docket, and when all parties agree to a bail we will notify the magistrate judge.

Respectfully Submitted,

/s/

Gerard M. Marrone, Esq.